IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ISHMAEL HASSAN OBAMA**
**A.D.C. # 145160**                                                                          **PLAINTIFF**

v.                          Case No. 5:10-cv-201-DPM-BD

**RAY HOBBS**, Director, Arkansas Department of Correction; **JAMES SHIPMAN**, acting Captain/Lt., Maximum Security Unit, Cummins Unit, Arkansas Department of Correction; **ROBERT D. SANDERLIN**, CO-I, Cummins Unit, Arkansas Department of Correction; and **GAYLON REX LAY**, Warden, Cummins Unit, Arkansas Department of Correction                                                                            **DEFENDANTS**

**ORDER**

The Court has carefully reviewed the partial recommended disposition from U.S. Magistrate Judge Beth Deere. Obama has not filed any objections. The Court is satisfied that there is no clear error on the face of this record as a whole. Fed. R. Civ. P. 72 advisory committee's note. The Court fully adopts Judge Deere's partial recommended disposition as its own. Obama's claims against Ray Hobbs, Gaylon Lay, and James Shipman are dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

<u>13 August 2010</u>