IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ISHMAEL HASSAN OBAMA,
ADC #145160                                                                 PLAINTIFF

v.                          Case No. 5:10-cv-201-DPM-BD

ROBERT D. SANDERLIN, CO-I,
Cummins Unit, ADC                                                          DEFENDANT

ORDER

The Court has considered Magistrate Judge Beth Deere's Partial Recommended Disposition — to which Ishmael Obama objected, *Document No. 40*. After conducting a *de novo* review, the Court adopts Magistrate Judge Deere's proposed recommended disposition, *Document No. 31*, as its own. FED. R. CIV. P. 72(b)(3). Based on the record as a whole, the Court agrees that permitting Obama to file an amended complaint adding excessive-force claims against Officers Mankin and Meadows would be futile.

The Court notes that Obama's disciplinary papers and objections suggest that he is actually attempting to include Officers Mankin and Meadows as *witnesses* rather than defendants. In particular, he states that he wishes to add the officers "as Plaintiff's witnesses on the grounds that it [is] permissible because these [two] witnesses have firsthand knowledge of the

incident in its entirety. (So I object to the dismissal.)" *Document No. 40, at 1*. But Obama need not add Officers Mankin and Meadows as defendants for them to be witnesses. Obama's motion for leave to amend, *Document No. 28*, is denied.

    So Ordered.

                                        _____
                                        D.P. Marshall Jr.
                                        United States District Judge

                                        29 Sept. 2010