IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ISHMAEL HASSAN OBAMA
A.D.C. # 145160                                                                           PLAINTIFF

v.                     Case No. 5:10-cv-201-DPM-BD

ROBERT D. SANDERLIN, CO-I, Cummins
Unit, Arkansas Department of Correction                            DEFENDANT

ORDER

The Court has carefully reviewed the partial recommended disposition from U.S. Magistrate Judge Beth Deere. Obama has not filed any objections. The Court sees no legal error or clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition). The Court therefore adopts Magistrate Judge Deere's partial recommended disposition, *Document No. 55*, as its own. Obama's motion to amend, *Document No. 54*, is granted. His official-capacity claims against Sanderlin are dismissed. Obama should file his amended complaint by 23 November 2010.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

23 Nov. 2010