IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ISHMAEL HASSAN OBAMA
A.D.C. # 145160                                                       PLAINTIFF

v.                    Case No. 5:10-cv-201-DPM

ROBERT D. SANDERLIN, CO-I, Cummins
Unit, Arkansas Department of Correction                   DEFENDANT

JUDGMENT

Ishmael Obama's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 June 2011